22cr151 ECT/JFD

UNITED STATES DISTRICT COURT
District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA, | **INDICTMENT** |
| Plaintiff, | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(2) |
| v. | 18 U.S.C. § 924(d)(1) |
| | 28 U.S.C. 2461(c) |
| TAVARIS MICHAEL DIXON, | |
|   a/k/a Tre Gunz, | |
|   a/k/a Gunnaville, | |
| Defendant. | |

THE UNITED STATES GRAND JURY CHARGES THAT:

## COUNT 1
(Felon in Possession of a Firearm)

On or about June 22, 2022, in the State and District of Minnesota, the defendant,

**TAVARIS MICHAEL DIXON,**
a/k/a Tre Gunz,
a/k/a Gunnaville,

having been convicted of the following crimes, each of which was punishable by a term of imprisonment exceeding one year:

| Crime | Date of Conviction (on or about) | Place of Conviction |
|---|---|---|
| 1st and 2nd Degree Assault | 9/24/2008 | Hennepin County, MN |
| Aggravated Robbery and Kidnapping | 9/24/2008 | Hennepin County, MN |
| Felon in Possession of a Firearm | 1/14/2019 | Hennepin County, MN |

and knowing he had previously been convicted of at least one crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate and foreign commerce, a firearm, to wit, a 9mm Glock semi-automatic pistol,

SCANNED
JUL 20 2022
U.S. DISTRICT COURT MPLS

model 48, with serial number BPCK447, with a Streamlight TLR-6 laser/light attachment, all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## FORFEITURE ALLEGATION

If convicted of Count 1 of this Indictment, the defendant shall forfeit to the United States, pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms, ammunition, and accessories involved in, connected with, or used in the commission of such Count, including but not limited to: a 9mm Glock semi-automatic pistol, model 48, with serial number BPCK447, with a Streamlight TLR-6 laser/light attachment and any ammunition and accessories seized therewith.

A TRUE BILL

_____    _____

United States Attorney                                              FOREPERSON